UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

ARTHUR B. ARGUELLO,

    Plaintiff,

v.                                             Civ. No. 17-187 JCH/GJF

NANCY A. BERRYHILL, Acting
Commissioner of the Social Security
Administration,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed his Proposed Findings and Recommended Disposition ("PFRD") on June 26, 2018. Doc. No. 28. The PFRD notified the parties of their ability to file objections no later than July 10, 2018 (fourteen days after filing of the PFRD), and that failure to do so waived appellate review. Neither party filed any objections by that date.

Wherefore,

**IT IS ORDERED AS FOLLOWS:**

1. The Magistrate Judge's PFRD (Doc. No. 28) is **HEREBY ADOPTED**;

2. Plaintiff's Motion to Remand (Docs. No. 18-19) is **DENIED**; and

3. A final order is entered concurrently herewith **DISMISSING THIS CASE WITH PREJUDICE**.

                                                      _____
                                                      THE HONORABLE JUDITH C. HERRERA
                                                      UNITED STATES DISTRICT JUDGE